**PAUL J. WRIGHT, CSB No. 146809**
**ATTORNEY AT LAW**
24955 Pacific Coast Highway, Suite C-302
Malibu, CA 90265

Telephone No: (310) 456-3812
Facsimile No: (310) 456-8558
Email: wright@pauljwright.com

**Attorney for Plaintiff, BARTON BRUNDIGE**

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON BRUNDIGE, An individual<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN DARYL FINCH, an individual;<br>and DOES 1-10, inclusive.<br><br>Defendants.<br>_____/ | CASE NO. 5:17-CV-00475-JGB(DTBx)<br><br>**JUDGMENT BY COURT AFTER DEFAULT AGAINST DEFENDANT ALLEN DARYL FINCH, AN INDIVIDUAL**<br><br>**[FRCP, Rule 55B(2)]**<br><br>**Hearing Date: September 18, 2017**<br>**[Vacated by the Court]** |

The Defendant, ALLEN DARYL FINCH, an individual, having failed to plead or otherwise defend in this action, and Default having heretofore been entered on July 13, 2017; upon Application of Plaintiff and upon Affidavit by his counsel; **IT IS HEREBY ORDERED**:

The Court GRANTS Plaintiffs Request for Default Judgment in part. The Court awards Plaintiff: $90,206.66, reflecting $85,000 in damages and the interest accruing since the date such damages became vested; and post-judgment interest at the rate of 1.225%.

**IT IS SO ORDERED, ADJUDGED AND DECREED:**

DATED: March 30, 2020
Nunc Pro Tunc as of
September 17, 2017

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE

---

**JUDGMENT BY COURT AFTER DEFAULT AGAINST DEFENDANT ALLEN DARYL FINCH, AN INDIVIDUAL**

1